UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

APPEAL NO. 23-12551
_____

DAVID ROBINSON JR.,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
_____

UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE INITIAL BRIEF
_____

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

MATTHEW CAVENDER, ESQ.
Research and Writing Attorney
Florida Bar Number 1038543
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
E-Mail: Matthew_Cavender@fd.org

Appeal No. 23-12551

*United States of America v. David Robinson, Jr.*

**CERTIFICATE OF INTERESTED PERSONS**

The persons listed below are interested in the outcome of this case:

Andrejko, Nicole M.

Bailey, Lynn Palmer

Bird, Christine Nan

Cavender, Matthew

Hall, A. Fitzgerald

Handberg, Roger B.

Lammens, Honorable Philip R.

Presnell, Honorable Gregory A.

Rhodes, David P.

Robinson Jr., David

Siekkinen, Sean

Stamm, Douglas Jordan

Swartzberg, Sarah J.

# Appeal No. 23-12551

## *United States of America v. David Robinson Jr.*

### CERTIFICATE OF INTERESTED PERSONS – CONT'D

No publicly traded company or corporation has an interest in the outcome of this appeal.

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**DAVID ROBINSON JR.,**

    *Appellant,*

    v.                                Case No. 23-12551

**UNITED STATES OF AMERICA,**

    *Appellee.*

_____/

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE INITIAL BRIEF**

Appellant David Robinson Jr., by and through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant a 30-day extension of time to file the Initial Brief and Appendix.

Following a stipulated facts bench trial, the district court found Mr. Robinson guilty of possessing an unregistered short-barrel rifle and sentenced him to 18 months' probation, which he is currently serving. Docs. 64, 81.

Mr. Robinson's initial brief is currently due on January 22, 2023. The undersigned needs additional time to prepare the brief in this case.

1

The undersigned has numerous pending matters in the district court and this Court in various stages of research and briefing, in addition to representing numerous individuals who are seeking a sentence reduction under the recently-amended USSG § 1B1.13.

This motion is made in good faith and is not for the purpose of delay. The undersigned has consulted with AUSA Sean Siekkinen and is authorized to represent that the government does not oppose this extension request.

Accordingly, Appellant David Robinson Jr. respectfully asks this Court to grant a 30-day extension of time to February 21, 2024 to file the initial brief in this case.

                                        A. FITZGERALD HALL, ESQ.
                                        Federal Defender

                                        *s/ Matthew D. Cavender*
                                        MATTHEW D. CAVENDER, ESQ.
                                        Research and Writing Attorney
                                        201 S. Orange Ave., Suite 300
                                        Orlando, FL 32801
                                        407-648-6338
                                        Matthew_Cavender@fd.org

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

In accordance with Fed. R. App. P. 32(g)(1), I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 206 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

*s/ Matthew D. Cavender*
MATTHEW D. CAVENDER, ESQ.
Research and Writing Attorney
