# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12551

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

*versus*

DAVID ROBINSON, JR.,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:22-cr-00072-GAP-PRL-1

_____

ORDER:

2 　　　　　　　　Order of the Court　　　　　　　　23-12551

      The motion for an extension of time to and including June 20, 2024 to file Appellant's reply brief is GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE