UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

APPEAL NO. 23-12551
_____

DAVID ROBINSON JR.,

Appellant,

v.

UNITED STATES OF AMERICA,

Appellee.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
_____

UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF
_____

        A. FITZGERALD HALL, ESQ.
        FEDERAL DEFENDER

        MATTHEW CAVENDER, ESQ.
        Research and Writing Attorney
        Florida Bar Number 1038543
        201 S. Orange Avenue, Suite 300
        Orlando, Florida 32801
        Telephone: (407) 648-6338
        E-Mail: Matthew_Cavender@fd.org

Appeal No. 23-12551

*United States of America v. David Robinson, Jr.*

CERTIFICATE OF INTERESTED PERSONS

The following persons have an interest in the outcome of this case:

Andrejko, Nicole M.

Bailey, Lynn Palmer

Bird, Christine Nan

Cavender, Matthew

Gershow, Holly L.

Hall, A. Fitzgerald

Handberg, Roger B.

Lammens, Honorable Philip R.

Presnell, Honorable Gregory A.

Rhodes, David P.

Robinson Jr., David

Siekkinen, Sean

Stamm, Douglas Jordan

Swartzberg, Sarah J.

No publicly traded company or corporation has an interest in the outcome of this appeal.

C2 of 2

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DAVID ROBINSON JR.,

    *Appellant*,

       v.                    Case No. 23-12551

UNITED STATES OF AMERICA,

    *Appellee.*
_____/

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF**

Appellant David Robinson Jr., by and through undersigned counsel, and pursuant to 11th Cir. R. 31-2, respectfully requests that this Honorable Court grant a 30-day extension of time to file the Reply Brief.

Following a stipulated facts bench trial, the district court found Mr. Robinson guilty of possessing an unregistered short-barrel rifle and sentenced him to 18 months' probation, which he is currently serving. Docs. 64, 81.

Mr. Robinson's reply brief is currently due on June 20, 2024. The undersigned needs additional time to prepare the brief in this case. The undersigned has numerous pending matters in the district court and this

1

Court in various stages of research and briefing, in addition to representing numerous individuals who are seeking a sentence reduction under the recently-amended USSG § 1B1.13.

This motion is made in good faith and is not for the purpose of delay. The undersigned has consulted with AUSA Holly Gershow and is authorized to represent that the government does not oppose this extension request.

Accordingly, Appellant David Robinson Jr. respectfully asks this Court to grant a 30-day extension of time to July 22, 2024 to file the reply brief in this case.

A. FITZGERALD HALL, ESQ.
Federal Defender

*s/ Matthew D. Cavender*
MATTHEW D. CAVENDER, ESQ.
Research and Writing Attorney
201 S. Orange Ave., Suite 300
Orlando, FL 32801
407-648-6338
Matthew_Cavender@fd.org

2

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

In accordance with Fed. R. App. P. 32(g)(1), I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 204 words according to Microsoft Word's word count, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

*s/ Matthew D. Cavender*
MATTHEW D. CAVENDER, ESQ.
Research and Writing Attorney
